FILED BY __ HH

Feb 27, 2018

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 27, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  17-13411-C
Case Style:  Christian Pereira v. USA
District Court Docket No:  1:16-cv-22269-RNS
Secondary Case Number:  1:11-cr-20532-RNS-1

LIMITED REMAND

Enclosed is a copy of an order remanding the referenced appeal for further proceedings.
JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of
remand proceedings in your court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

CLK-3 DC Letter with Ltd Remand order

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

--------------------

No. 17-13411-C

--------------------

CHRISTIAN PEREIRA,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

--------------------

Appeal from the United States District Court
for the Southern District of Florida

--------------------

Before: TJOFLAT and MARCUS, Circuit Judges.

BY THE COURT:

As amended by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2253 provides that an appeal from a final order in a § 2255 proceeding may not be taken without a certificate of appealability ("COA") certifying that "the applicant has made a substantial showing of the denial of a constitutional right" and indicating "which specific issue or issues satisfy the showing required." This Court will not make the initial determination of whether to issue a COA, and the district court must rule first. *Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). Because the district court made no ruling with respect to a COA for Pereira to appeal the denial of his Rule 59(e) motion, this case is hereby REMANDED on a limited basis so that the court may consider whether a COA is appropriate for any of the

issues that Pereira seeks to raise on appeal.  Should the district court determine that a COA should issue, it should so rule, setting forth the issues certified for appeal, per § 2253.