United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Christian Pereira, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 16-22269-Civ-Scola |
| | ) |
| United States of America, | ) |
| Defendant. | ) |

**<u>Amended Order on Motion for Reconsideration</u>**

  This matter is before the Court upon limited remand from the United States Court of Appeals for the Eleventh Circuit for a ruling regarding the issuance of a certificate of appealability. On July 10, 2017, this Court denied Pereira's motion for reconsideration of its order adopting the Magistrate Judge's Report and Recommendation and denying his motion to vacate sentence, which did not contain a ruling regarding the issuance of a certificate of appealability. (Order, ECF No. 31.) Thereafter, Pereira filed an appeal of the Court's Order, which the Eleventh Circuit has remanded for a ruling on the issuance of certificate of appealability. Accordingly, the previous Order is amended to reflect the Court's determination that no certificate of appealability shall issue in this case.

  **Done and ordered** at Miami, Florida, on February 27, 2018.

_____
Robert N. Scola, Jr.
United States District Judge